FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY    DV    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 14-305M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. . § 3143(a)] |
| v. | |
| RICHARD INDA, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violation of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

No known bail resources; prior failures to appear; instant allegations suggest lack of amenability to supervsion.

1  and

2  B.  ( X ) The defendant has not met his burden of establishing by clear and convincing
3      evidence that he is not likely to pose a danger to the safety of any other person or the
4      community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
5      Defendant's criminal history; violations of probation and parole; instant allegations
6      suggest lack of amenability to supervision.

8      IT THEREFORE IS ORDERED that the defendant be detained pending further
9  proceedings and/or transfer to the charging district.

11 Dated: ___8/14/2014___

                                                        _____
                                                        DOUGLAS F. McCORMICK
                                                        United States Magistrate Judge